Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOOPER,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 8:23-cv-01507-ODW-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

Respectfully submitted December 7, 2023.

*/s/Garrett Charity*
Garrett Charity, Esq.
McCarthy Law, PLC

1  
2  
3  
4  

4250 North Drinkwater Blvd, Suite 320  
Scottsdale, AZ  85251  
Telephone: (602) 456-8900  
Fax: (602) 218-4447  
Garrett.Charity@mccarthylawyer.com  
Attorney for Plaintiff

5  
6  

**CERTIFICATE OF SERVICE**

7
8
9
10

I hereby certify that on December 7, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

11
12

*/s/ Garrett Charity*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28