JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 8:23-cv-01507-ODW (JDEx) | Date | January 9, 2024 |
|---|---|---|---|
| Title | *Kevin Hooper v. LVNV Funding LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to the Plaintiff's Notice of Dismissal as to Defendant Equifax Information Services, LLC, (ECF No. 31), **IT IS HEREBY ORDERED** that all claims asserted against Defendant Equifax Information Services, LLC. are **DISMISSED WITH PREJUDICE**.

Furthermore, as Equifax is the last remaining Defendant in this action, the case is dismissed in its entirety.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                    _____ :    00

                                    Initials of Preparer    SE